UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSLVANIA

DENNIS HUGHES,                  :    Civil No. 3:10-CV-1443
                                :
         Plaintiff,             :    (Judge Mannion)
                                :
    v.                          :
                                :
KEVIN MISKELL, et al.,          :
                                :
         Defendants             :

### PLAINTIFF'S AMENDED NOTICE OF APPEAL[1]

Plaintiff, Dennis Hughes, presently proceeding **pro se**, hereby appeals to the United States Court of Appeals for the Third Circuit from the Order entered on April 14, 2014, granting the Defendants' motion for reconsideration of the Court's order of December 5, 2013. (Doc. 67)

Respectfully submitted,

Dated: 5/5/14

Dennis Hughes
Plaintiff, Pro Se
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286

---

[1] Entry of final judgment initially occurred on Sept. 30, 2013. (Doc. 61) Plaintiff's initial "Notice of Appeal" was docketed on December 17, 2013. (Doc. 65) The USCA Case No. is **13-4726**.

A copy of page 4 of the Court's order at-issue in the above noted appeal has been appended hereto.

Because Rule 4(a)(5)(A) is conjunctive, the party must meet both requirements prior to being allowed an extension of time to file an appeal.

Here, in granting the plaintiff's motion for extension of time to file an appeal, the court inadvertently overlooked the fact that the plaintiff was beyond the time requirements of Fed.R.App.P. 4(a)(5)(A)(i). Specifically, the plaintiff's motion for extension of time must have been filed on or before November 30, 2013, in order to be considered by the court. If the plaintiff had filed within that time period, he would then have had to have shown excusable neglect or good cause for seeking the extension. The plaintiff here filed his motion on December 4, 2013, beyond the time allowed by Fed.R.App.P. 4(a)(5)(A)(i). The court therefore erred in granting the plaintiff's motion.

**NOW, THEREFORE, IT IS HEREBY ORDERED THAT:**

(1) the defendants' motion for reconsideration of the court's order of December 5, 2013, **(Doc. 67)**, is **GRANTED**;

(2) the court's order of December 5, 2013, **(Doc. 64)**, is **VACATED**;

(3) the defendant's motion to extend time in which to file his appeal is **DENIED**; and

(4) the clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: April 14, 2014**
O:\Mannion\shared\ORDERS - DJ\CIVIL ORDERS\2010 ORDERS\10-1443-02.wpd

4

## CERTIFICATE OF SERVICE

I, Dennis Hughes, the Plaintiff in the foregoing captioned matter (USDC-MD Pa. Civil No. 3:10-CV-1443), hereby certify that I have, on the date indicated below, caused to be served a true and correct copy of the foregoing document titled **PLAINTIFF'S AMENDED NOTICE OF APPEAL** by depositing the same in the prison mailbox for delivery by U.S. Mail, FIRST CLASS postage prepaid, addressed as follows to the party below:

>       Raymond W. Dorian, Esq.
>         Assistant Counsel
> Governor's Office of General Counsel
>      1920 Technology Parkway
>       Mechanicsburg, PA 17050
>
> (Counsel for Kevin Miskell, **et al.**)

Respectfully submitted,

Dated: 5/5/14

Dennis Hughes
Plaintiff, **Pro Se**
#AM-5356, SCI-Dallas
1000 Follies Road
Dallas, PA 18612-0286



Dennis Hughes AM5356
SCI-DALLAS
1000 FOLLIES RD.
DALLAS, PA. 18612

GARY H. HOLLINGER
ACTING CLERK
U.S. DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA
U.S. COURTHOUSE
235 WASHINGTON AVE.
P.O. BOX 1148
SCRANTON, PA. 18501

RECEIVED
SCRANTON
MAY 0 8 2014

LEHIGH VALLEY PA 180
07 MAY 2014 PM 3 L

Inmate Mail PA DEPT. OF CORRECTIONS