DENNIS HUGHES,

                              Appellant

v.

KEVIN MISKELL, Psychiatry Manager in his individual and official capacity;
THOMAS LESKOWSKY, Director of Health Care Services, Individually and in his official capacity;
RICHARD ELLERS, Chief of Clinical Services for the Pennsylvania Department of Correction