# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

14-2726

Dennis Hughes v. Kevin Miskell, et al

3-10-cv-01443

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. LAR 3.3 and Misc. 107.1(a), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to pay the requisite fee or file the required plra forms for in forma pauperis as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: July 15, 2014

cc:
Raymond W. Dorian Esq.
Maria E. Elkins
Dennis Hughes

**A True Copy**

*Marcia M. Waldron*

Marcia M. Waldron, Clerk
Certified order issued in lieu of mandate.